I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL. POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 2/12/09

DEPUTY CLERK

"O"

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

FEB 12 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD STEPPE,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>SAN BERNARDINO COUNTY SHERIFF,<br><br>　　　　　Respondent. | Case No. EDCV 09-1816-RSWL (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Superseding Report and Recommendation of the United States Magistrate Judge. Objections to the Superseding Report and Recommendation have been filed herein. Having made a de novo determination of those portions of the Superseding Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　　　IT THEREFORE IS ORDERED that Judgment be entered summarily dismissing the Petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: February 11, 2010

RONALD S.W. LEW
HONORABLE RONALD S.W. LEW
SENIOR U.S. DISTRICT JUDGE