I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 2/12/2010

DEPUTY CLERK

JS-6 - Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

FEB 12 2010

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BERNARD STEPPE,

        Petitioner,

vs.

SAN BERNARDINO COUNTY SHERIFF,

        Respondent.

Case No. EDCV 09-1816-RSWL (RNB)

**JUDGMENT**

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: February 11, 2010

RONALD S.W. LEW
HONORABLE RONALD S.W. LEW
SENIOR U.S. DISTRICT JUDGE