O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bernard Steppe,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>San Bernardino County Sheriff,<br><br>　　　　　　Respondent. | ED CV 09-1816 RSWL (RNBx)<br><br>**ORDER Re: Petitioner's Request for Removal Under 28 U.S.C. § 1443 [29]** |

　　The Court is in receipt of Petitioner Bernard Steppe's Request for Removal under 28 U.S.C. § 1443, filed on February 08, 2011 [29]. Having reviewed all papers submitted pertaining to this Request, the Court **NOW FINDS AND RULES AS FOLLOWS**:

　　Petitioner Bernard Steppe's Request for Removal is **DENIED.** The Court finds that Petitioner's Request for Removal under 28 U.S.C. § 1443 is without merit.

///

///

Accordingly, Petitioner Steppe's Request for Removal under 28 U.S.C. § 1443 is **DENIED.**

DATED: February 28, 2011

**IT IS SO ORDERED.**

RONALD S.W. LEW

---

**HONORABLE RONALD S.W. LEW**

Senior, U.S. District Court Judge